18 CV 10933

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/18
```

Manuel P. Asensio, individually and as the parent of Eva Asensio

(List the full name(s) of the plaintiff(s)/petitioner(s).)

18 CV 10933

-against-

Janet DiFiore, Chief Judge NYS, Barbara Underwood, AG NY, Andrew Cuomo, Gov NYS, Adolpn Falcon, Mg. FC., Emilio M. Bosak, ind ivid

(List the full name(s) of the defendant(s)/respondent(s).)

**Motion for Permission for Electronic Case Filing**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf/ECF%20Rules%20Revision%20031714.pdf, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on  11/21/2018 .

3. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

4. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

5. I understand how to convert a document to PDF-A format.

6. I have regular access to the technical requirements necessary to e-file successfully:

    ☑ a computer with internet access and a word processor

    type of computer I will be using: ___PC Desktop___

    type of word processor I will be using: ___Microsoft Word___

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

SDNY Rev: 10/6/14

- [✓] an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

- [✓] a scanner to convert documents that are only in paper format into electronic files

  scanning equipment I will be using: _Lex mark_

- [✓] a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

  version of Adobe Acrobat or other PDF reader and writer that I will be using: _Adobe_

- [✓] a printer or copier to create required paper copies such as chambers copies.

7. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

8. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

_11/28/2018_  
**Dated**

_[signature]_  
**Signature**

_Asensio, Manuel P._  
**Name (Last, First, MI)**

_400 East 54th St. #29B_     _NY_,     _NY_     _10022_  
**Address**            **City**       **State**   **Zip Code**

_917-515-5200_  
**Telephone Number**

_MPA@Asensio.com_  
**E-mail Address**

---

Application granted. SO ORDERED.

_[signature]_

Ronnie Abrams, U.S.D.J.  
November 30, 2018

---

2