AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Manuel P. Asensio, et al
_____
Plaintiff(s)

v.   Civil Action No. **18 CV 10933**

Janet DiFiore, Chief Judge NYS Et Al.
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Barbara Underwood
Attorney General of New York State
28 Liberty St., 15 floor
N.Y., NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Manuel P. Asensio
400 E. 54th St. #29B
New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: NOV 21 2018   _____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Barbara Underwood, Attorney General NYS
was received by me on *(date)* Nov. 26, 2018.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Puja Nag, who is designated by law to accept service of process on behalf of *(name of organization)* Attorney General of New York State, Barbara Underwood on *(date)* Nov. 26, 2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 10.00 for services, for a total of $ 10.00.

I declare under penalty of perjury that this information is true.

Date: 11/26/18

*Server's signature*

Jason LaVardera
*Printed name and title*

[Notary Stamp: SAMUEL T RICHMAN, Notary Public, State of New York, No. 01RI6339167, Qualified in Kings County, Commission Expires March 20, 2020]

50 Murray St, apt. 708
New York, NY 10007.
*Server's address*

Additional information regarding attempted service, etc:

Ms. Nag confirmed to me that she is legally allowed to accept service for the attorney General.