AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/18

Manuel P. Asensio, et al
_Plaintiff(s)_

v.

Janet DiFiore, Chief Judge
of New York State, et al.
_Defendant(s)_

Civil Action No. 18 CV 10933

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Adetokunbo O. Fasanya, New York County Family Court Magistrate, 60 Lafayette St, Penthouse Floor 4, New York, N.Y. 10003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Manuel P. Asensio, 400 E. 54th St, Apt 29B, N.Y., N.Y. 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: Nov. 21, 2018

_Signature of Clerk or Deputy Clerk_

NOV 2 1 2018

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Adetokunbo O. Fasanya, N.Y. County Family Court Magistrate
was received by me on *(date)* Nov. 26, 2018.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Dom Blum, who is designated by law to accept service of process on behalf of *(name of organization)* New York County Family Court Magistrate, Adetokunbo O. Fasanya on *(date)* Nov. 26, 2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/26/18

Server's signature

JASON LAVARDERA
Printed name and title

50 Murray St, apt 708
New York, NY 10007.
Server's address

**SAMUEL T RICHMAN**
Notary Public, State of New York
No. 01RI6339167
Qualified in Kings County
Commission Expires March 28, 2020

Additional information regarding attempted service, etc:

Adetokunbo O. Fasanya's court attorney, Donna ① refused service and pointed me to the clerk's office. She guranteed that Fasanya would recieve it from the clerk.

② Donna refused to provide me her last name