AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Manuel P. Asensio, et al.
_____
Plaintiff(s)

v.                                    Civil Action No. **18 CV 10933**

Janet DiFiore, Chief Judge of NYS, et al.
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Janet DiFiore
Chief Judge of NYS
25 Beaver St, 10th Fl.
New York, NY 10004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Manuel P. Asensio
400 E. 54th St #29B
New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

NOV 2 1 2018

Date: Nov. 21, 2018

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Janet DiFiore, Chief Judge of New York State**
was received by me on *(date)* **Nov. 26, 2018**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Lisa Evans**, who is designated by law to accept service of process on behalf of *(name of organization)* **Chief Judge, New York State, Janet DiFiore** on *(date)* **Nov. 26, 2018** ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: **Federal Express to: John P. Asiello, Chief Clerk and Legal Counsel to the Court of Appeals, 20 Eagle Street, Albany, N.Y. 12207 (518) 455-7700**

My fees are $ **0.00** for travel and $ **10=** for services, for a total of $ **10.00**.

I declare under penalty of perjury that this information is true.

Date: **11/26/18**

Server's signature

**JASON LAVARDERA**
Printed name and title

SAMUEL T RICHMAN
Notary Public, State of New York
No. 01RI6339167
Qualified in Kings County
Commission Expires March 28, 2020

Server's address: **50 Murray St. apt. 708, New York, NY 10007**

Additional information regarding attempted service, etc:

A copy of the complaint was left with Lisa Evans, an assistant deputy counsel with the NY office of court Administration. I further mailed a copy to John P. Asiello, after a phone conversation with Susan Dantel who confirmed that is good service on DiF...