

4[A].A picture of Marian Kurpanov post on his Instagram

 mariankurpanov ···



♡  ◯  ↗

♥ **703 likes**

**mariankurpanov** Rick Day NY..

View all 40 comments

4[B]. Marian Kurpanov exchanging comments post on his Instagram

 **eva.asensio_**                                             •••



    

▶ **14 views**

**eva.asensio_** Bulgaria lost @mariankurpanov
@flowerjuiceprincess

**mariankurpanov** Guess you didn't support the
Bulgarian, that's why he lost... 😄

1 HOUR AGO

4[C]. Marian Kurpanov exchanging comments post on his Instagram



eva.asensio_                                                    •••

▶ 61 views

**eva.asensio_** Thanks for the awesome week
@flowerjuiceprincess

View all 3 comments

**mariankurpanov** At the end, not that bad at all?!
🏄👌🏆

**eva.asensio_** @rosealidjohnson it is tubing

5 DAYS AGO

10

4[C]. Marian Kurpanov exchanging comments post on his Instagram



5. Plaintiff guzzling alcohol from a bottle dressed in what appears to be sexual fetish garb while at a purported arts festival in the desert known as "Burning Man" which is notorious for illegal drug use



6[A] Plaintiff posing by window in her apartment in bikini-underwear pulling up her sleeveless t-shirt to expose her breast and midsection.





6[B]. Eva imitating the Plaintiff by window in her apartment with shirt lifted to expose bare midriff





EVA.LICIOUS1

227 posts    223 followers    252 following

+ FOLLOW

Eva 💀 🕴️ 😤 😷 😎 🙄

Wagner wolves and the track team dominates. "I don't have anything against you non chocoholics but... You know who you are.."- Pseudonymous blosch

This account is private.



♥ 48 likes

eva.asensio_ This proves furthermore that @flowerjuiceprincess is and awesome photographer

flowerjuiceprincess Thanks😊



14

7. Plaintiff posing naked in photographs, including a photograph of Plaintiff naked on the family dining room table which she has posted to a website named "Mind the Crack;"



8[A]. Plaintiff posted a picture of herself on Instagram where she posts picture of Eva engaged in a blatantly sexual kiss with another woman.

