**Manuel P. Asensio**
400 East 54th Street, Apt. 29B
New York, New York 10022
O: 212-702-8001   C: 917-515-5200
mpa@asensio.com

December 17, 2018

*VIA ECF*

The Hon. Justice Ronnie Abrams
US District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom: 1506
New York, NY 10007

Re:   Asensio, *et al.* v. DiFiore, *et al.,* No. 1:18-cv-10933-RA
      **Request for Conference**

Honorable Justice Abrams:

The Defendants have deliberately ignored the Plaintiffs' Motion for an expedited review and a scheduling conference. Instead they wrongfully addressed the issues in the motion in two late filings with material misrepresentations of the state record and federal filing in their extension. The Defendants have all been served with copies of federal complaint since August 2018.

The Plaintiffs have been without access to justice in New York State since May 15, 2014 and exhausted all state legal, quasi-legal and administrative remedies in all courts in the state before January 16, 2018, the date of the Plaintiff's Motion for Leave to Appeal to the Federal Courts. The State has paid no attention to any fact, factor or circumstance, or legal argument, contained in the Plaintiff's state filings or the Plaintiff and his daughter's legal rights. They just did the same exact thing in federal court.

To avoid any confusion concerning the dates and extent of the Governor, State Attorney General unauthorized cooperation with the Chief Judge and Emilie Marie Bosak against the Plaintiffs, the full record of this matter at the Court of Appeals and the administrative record directly with the Governor and the State Attorney General is available at rightabigwrong.org.

The Court can review the record at rightabigwrong.org, which should eliminate any doubt the Defendants' notice and extent of knowledge of they have had of the Plaintiff's federal complaint and their ill will in filing their late and procedurally defect request for extension.

I do so swear,

*[signature]*

Manuel P. Asensio

**cc:**   Jonathan Conley, Assistant State Attorney General. Attorney for the State Defendants.

Rachel Ambats, Attorney for Defendant Emilie Bosak.