Rachel Ambats<br>
Attorney At Law<br>
44 Court Street<br>
Suite 1210<br>
Brooklyn, New York 11201<br>
917-749-3949<br>
Rachel.Ambats.Esq@gmail.com

January 30, 2019

*By ECF*

The Honorable Ronnie Adams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    **Manuel Asensio v. Emilie Marie Bosak, *et al.*
              18 CV 10933 (RA)**

Dear Judge Adams:

    I represent the defendant Emilie Marie Bosak in the above-entitled action. In accordance with Section 1(D) of Your Honor's Individual Rule s & Practices in Civil Cases, I am writing to respectfully request an extension of time, until February 14, 2019, for the defendant respond to the complaint in this matter.

    This is the second request made by the defendant for an extension of time. The original due date for the defendant's response was December 17, 2018. Defendant was granted an extension of time until January 31, 2019.

    I have communicated with Jonathon Conley, Esq., who represents all other defendants named in this matter, and he has is consenting to the extension. I have also communicated with the plaintiff Manuel Asensio but he has declined to state whether or not he is willing to consent to the extension.

    An adjournment would affect the current date set for the plaintiff to submit a response to defendant's motion, which is February 14, 2019. If this Court is to grant defendant's second request for an extension, I propose that the plaintiff's time to respond be extended 14 days, until February 28, 2019.

                                                                Respectfully submitted,

                                                                Rachel Ambats

Cc (*by ECF*):    Manuel Asensio; Jonathan D. Conley, Esq.

1