# EXHIBIT F

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK : PART 32
------------------------------------------------------------------------x

MANUEL P. ASENSIO,

                              Plaintiff,                  Index No. 153776/2017

       -against-                                    NOTICE OF
                                                                  DISCONTINUANCE

EMILIE BOSAK,

                              Defendant.
------------------------------------------------------------------------x

       PLEASE TAKE NOTICE that pursuant to N.Y.C.P.L.R. 3217(a)(1), Plaintiff Manuel P. Asensio by his attorney, hereby discontinues the above entitled action, as against Defendant Emilie Bosak, without prejudice and without costs to any party as against the other. This Notice of Discontinuance may be filed without further notice with the clerk of the Couirt.

Dated:  New York, New York
            December 12, 2018

                                                                 _____
                                                                 Law Offices of Mitchell Cantor
                                                                 355 Lexington Avenue, Suite 401
                                                                New York, NY  10016
                                                                (212) 679-7820
                                                                Attorneys for Plaintiff

To:  Alexandria Lipton, Esq.
      192 Lexington Avenue, Suite 224
      New York, NY  10016
      Attorneys for Defendant