UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Manuel Asensio, individually and as the parent of Eva Asensio, a minor child,<br><br>         Plaintiffs,<br><br>- against -<br><br>Janet DiFiore, Chief Judge of New York State; Barbara Underwood, Attorney General of New York State; Andrew M. Cuomo, Governor of New York State; Adetokunbo O. Fasanya, New York County Family Court Magistrate; and Emilie Marie Bosak, individually,<br><br>         Defendants. | **Notice of Motion To Dismiss the Complaint**<br><br>18-cv-10933-RA<br>(*PRO SE*) (ECF) |

  **PLEASE TAKE NOTICE THAT**, upon the Complaint, filed November 21, 2018; the accompanying Memorandum of Law in Support of State Defendants' Motion to Dismiss the Complaint, dated February 14, 2019; and all other papers and proceedings herein, Defendants the Honorable Janet DiFiore, Chief Judge of the State of New York; the Honorable Adetokunbo O. Fasanya, New York County Family Court Judge; Andrew Cuomo, Governor of the State of New York; and Letitia James, Attorney General of the State of New York, by their counsel, Letitia James, Attorney General of the State of New York, shall move this Court, before the Honorable Ronnie Abrams, at the Thurgood Marshall United States Courthouse**,** Southern District of New York**,** 40 Foley Square, New York, NY 10007, at a date and time to be determined by the Court, for an order dismissing all claims in the Complaint, with prejudice, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and granting any other relief the Court may deem just and proper.

Dated: New York, New York
February 14, 2019

                                               LETITIA JAMES
Attorney General of the State of New York
*Counsel for State Defendants*
By:

_____
Jonathan D. Conley
Assistant Attorney General
28 Liberty St.
New York, New York 10005
(212) 416-8108