# EXHIBIT 2-1

# SUMMARY STATEMENT ON APPLICATION FOR
# EXPEDITED SERVICE AND/OR INTERIM RELIEF
## (SUBMITTED BY MOVING PARTY)

Date _June 6, 2017_

Title of Matter _Asensio v. Bosak_    Index/Indict # Docket # _V-43839-13/13h_

Appeal by _petitioner_ from (order) judgment of decree    Supreme Surrogate's (Family)    County _New York_    Court entered on _June 1_, 20 _17_

Name of Judge _Adetokunbo Fasanya_    Notice of Appeal filed on _June 2_, 20 _17_

If from administrative determination, state agency _____

Nature of action or proceeding _Custody modification_

Provisions of (order) judgment appealed from decree _Dismissal of petitioner's objections to procedural defects in attorney for the child's motions for contempt_

This application by appellant respondent is for _Stay of contempt and leave to appeal_

If applying for a stay, state reason why requested _Petitioner risks incarceration on the basis of defective application_

Has any undertaking been posted _No_    If "yes", state amount and type _____

Has application been made to court below for this relief _yes_    If yes, state Disposition _Denied on record on June 1_

Has there been any prior application herein in this court _yes_    If "yes", state dates and nature _Petitioner has sought to stay + appeal attorney for the child + suspension orders on 12/5, 12/23, 3/7, 3/10 3/27 + 5/26_

Has adversary been advised of this application _yes_    Does he/she consent _No_

#8

Attorney for Movant                          Attorney for Opposition

Name _Mitchell Cantor_                       _Carmen Restivo, Esq_

Address _355 Lexington Ave, Suite 401_       _299 Broadway Suite 14_

_New York NY 10017_                          _New York NY 10007_

                                             _atty for the child_

Tel. No. _(212) 679-7820_                    _(718) 767-3798_

                                             _Chemtob Moss + Forman_

Appearing by _____            _3 E 54th St NY NY 10022_

_____                     _(212) 317-1717_

_____                     _____

_____                     _____

_____                     _____

_____                     _____

_____    (Do not write below this line)    _____

DISPOSITION

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

                    _____        _____
                              Justice                          Date

Motion Date _____ Opposition _____ Reply _____

EXPEDITE _____ PHONE ATTORNEYS _____ DECISION BY _____

ALL PAPERS TO BE SERVED PERSONALLY.        _____

                                             Court Attorney

                                             "Revised 02/01"

⑨

# SUMMARY STATEMENT ON APPLICATION FOR
# EXPEDITED SERVICE AND/OR INTERIM RELIEF
(SUBMITTED BY MOVING PARTY)

Date 9/22/2017

Title of Matter **Manuel P. Asensio**   Index/Indict # **155833-2017**

**Hon. Adetokunbo O. Faramya, Richard Spitzer**

Appeal by _____ (order) judgment of from decree (Supreme) Surrogate's Family

County **New York**

Court entered on **9/20**, 20 **17**

Name of Judge **Nancy E. Bannon**

Notice of Appeal filed on **9/21**, 20 **17**

If from administrative determination, state agency _____

Nature of action or proceeding **Article 78 Prohibition Petition & Motion for Stay on All proceeding on all related to Richard Spitzer**

Provisions of (order) judgment appealed from decree **Calendaring of brief and hearing is dispositive to Motion and Petition**

This application by respondent (appellant) is for **Reverse and Order Stay. Order Interim Stay on Expedited Reasoned Decision. Order Stay of all matters related to Richard Spitzer.**

If applying for a stay, state reason why requested **All facts and laws related to Richard Spitzer are central to the Art 78 and a Second Art 78 and Two (2) Supreme Court Cases.**

Has any undertaking been posted **No.**   If "yes", state amount and type _____

STATE OF NEW YORK ATTORNEY GENERAL MANAGING ATTNY'S OFC RECEIVED 2017 SEP 22 AM 10: 03

Has application been made to court below for this relief **Yes**

Has there been any prior application herein in this court **No.**

If yes, state Disposition **Family Court - Denied Supreme Court - Denial is subject of this proceeding.**

If "yes", state dates and nature

Has adversary been advised of this application **Yes**

Does he/she consent **No**

#10

Attorney                                                    A        r Opposition

Name  Manuel P Asensio

Address  400 East 54th St.

Apt. 29B

New York, N.Y. 10022

Tel. No. (917) 515-5206

Appearing by  person, Manuel
P Asensio, appering

(Do not write below this line)

DISPOSITION

CPLR§5704  Deny interim Relief.
Pending determination by
full bench
providing papers served
to on AG by 9/20/17
in person.

                                        Justice  TKW        Date  9/22/17

Motion Date  10/3/17      Opposition                   Reply

EXPEDITE              PHONE ATTORNEYS              DECISION BY

ALL PAPERS TO BE SERVED PERSONALLY.
                                                    ELW
                                              Court Attorney

"Revised 02/01"

M-5136

# SUMMARY STATEMENT ON APPLICATION FOR
# EXPEDITED SERVICE AND/OR INTERIM RELIEF
### (SUBMITTED BY MOVING PARTY)

Date 9/26/2017

Title of Matter _Manuel P. Asensio_            Index/Indict # _155833/2017_

vs. Hon. Adetokunb

Appeal by _Petition_ from (order) judgment of (Supreme) Surrogate's decree        County _New York_

Family        Court entered on _9/20_, 20 _17_

Name of Judge _Nancy M. Bannon_        Notice of Appeal filed on _9/21_, 20 _17_

If from administrative determination, state agency _____

Nature of action or proceeding _Article 78 Prohibition consolidate w/ Art 78 156692/17 and Civil 153766/17_

Provisions of (order) judgment appealed from decree _Related to 15812/16 & 300417/11 Denial of Stay and leave to Appeal is effectively dismissal to the cases above._

This application by (appellant) respondent is for _Stay for Reasons stated here an in attached._

If applying for a stay, state reason why requested _Five Cases Verified "Reason for Stay" effective today or Monday Sept. 25, 2017_

Has any undertaking been posted _NO._        If "yes", state amount and type _____

Has application been made to court below for this relief _Yes_        If yes, state Disposition _____

Has there been any prior application herein in this court _NO_        If "yes", state dates and nature _____

Has adversary been advised of this application _Yes_        Does he/she consent _NO_

<u>Attorney for Movant</u>                              <u>Attorney for Opposition</u>

Name _Manuel P Asensio_                  _N.Y. State Attorney_

Address _400 East 54th St, 29th fl._     _James Cooney, Esg._

_New York, N.Y. 10022_                   _Asst. State Attorney_

_(212) 702-8800_                         _120 Broadway_

Tel. No. _(917) 515-5200_                _24th Floor_

Appearing by _Self-Represented_          _N.Y., NY_

_Law firm of Mitchell Cantor_            _(212) 416-6082_

_Mitchell Cantor, Esg._

_Appeared prior and_

_Represent Motion 9/15/17_

_(212) 679-7820_

(Do not write below this line)

<u>DISPOSITION</u>

_Petitioners application for a stay of the_
_underlying proceedings before Family Court_
_Judge FASANYA is denied in its entirety._


_So Ordered,_


_Hellen Mayard Daniels_        9-26-17
Justice      SM              Date

Motion Date _10/10/17_   Opposition _10/5/17_   Reply _10/9/17_

EXPEDITE _____   PHONE ATTORNEYS _____   DECISION BY _____

L PAPERS TO BE SERVED PERSONALLY.        _Cut_

                                      Court Attorney


"Revised 02/01"

# SUMMARY STATEMENT ON APPLICATION FOR
# EXPEDITED SERVICE AND/OR INTERIM RELIEF
## (SUBMITTED BY MOVING PARTY)

Date __10-6-2017__

Title of Matter __Manuel P. Asensio__  Index/Indict # __123-17__
__against Hon. Justice Nancy M. Bannon__

County __New York__

Appeal by _____ order judgment of Supreme Surrogate's
from decree Family

Court entered on __10-5__, 20__17__

Name of Judge _____

Notice of Appeal __Petition Originating__
filed on _____, 20 __in A.D.__

If from administrative determination, state agency _____

Nature of action or proceeding __Temporary Restraining Order__

Provisions of order judgment appealed from decree __Denials of TRO on 9/22
and 9/29 by Judge Bannon
without fact-finding, hearing or Decision__

This application by appellant ~~respondent~~ is for __TRO__
__Petitioner__

If applying for a stay, state reason why requested __Factual Allegations in
Art 78 Petitions pending before Judge Bannon
are equal to changes AG could file under Penal
Code 195__

Has any undertaking been posted __No.__ If "yes", state amount and type _____
__malicious, deliberate actions taken in
clear absence of jurisidiction to reach
a fraudulet judgment.__

Has application been made to court below for this relief __Yes__

If yes, state Disposition __TRO Denied 9/20 & 9/29__

Has there been any prior application herein in this court __Yes__

If "yes", state dates and nature __9/22 - TRO Denied__

__Pending determination by full bench.
(AG sought Adjournment at AD and in Petion)__

Has adversary been advised of this application __Yes__

Does he/she consent __No__

Attorney for Movant

Attorney for Opposition

Name __Manuel P. Arencio__

Address __400 East 54th St__
__Apt. 29B__
__NY , NY. 10022__

Tel. No. __(212) 702-8801__

Appearing by _____

_____

_____

_____

_____

__James Cooney__
__Mark Shawhan__
__(John Sullivan-OCA)__
__NY. State Attorney__
__General__

__120 Broadway__
__24th Floor__
__NY , NY. 10271-__
__0332__

(Do not write below this line)

DISPOSITION

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____   _____
Justice                                                    Date

Motion Date _____ Opposition _____ Reply _____

F  EDITE _____ PHONE ATTORNEYS _____ DECISION BY _____

LL PAPERS TO BE SERVED PERSONALLY.

_____
Court Attorney

"Revised 02/01"

Title of Matter ___ Matter of Asensio v. Fasanya _____   Index/Indict # __155833/2017__

Appeal by __Petitioner__ from  ☑ order  ☑ Supreme   County __New York__
                                ☐ judgement  of ☐ Surrogate's
                                ☐ decree       ☐ Family    Court entered on __Sept. 20__ , 20 __17__

Name of Judge __Justice Bannon_____   Notice of Appeal filed on __N/A__ , 20 ___

If from administrative determination, state agency _____

Nature of action or proceeding __Article 78 proceeding in the nature of prohibition, seeking to stay certain__

__proceedings in Family Court.__

Provisions of  ☑ order
               ☐ judgement appealed from __Refusal to grant a temporary restraining order pending decision__
               ☐ decree

on petitioner's request for a preliminary injunction staying proceedings in Family Court pending
adjudication of the article 78 proceeding in Supreme Court.

This application by ☐ appellant   is for __A seven-day extension of time to respond to petitioner's pending__
                    ☑ respondant

__application in this Court under C.P.L.R. 5704(a) for a stay of proceedings in Family Court pending__

__adjudication of the article 78 proceeding in Supreme Court.__

If applying for a stay, state reason why requested _____

_____

_____

Has any undertaking been posted ___  ☐ Yes  ☑ No ___  If "yes", state amount and type _____

_____

Has application been made to court below for this relief ___ ☐ Yes  ☑ No ___ If "yes", state disposition _____

_____

Has there been any prior application herein in this court ___ ☐ Yes  ☑ No ___ If "yes", state dates and nature _____

Petitioner has made multiple applications in this Court. Respondent has not made any prior applications.

Has adversary been advised of this application __Yes.__   Does he/she consent __No.__

Address: 120 Broadway, 25th Floor

New York, NY 10271

Tel. No. (212) 416-6325

Appearing by Mark H. Shawhan

Assistant Solicitor General

409 East 54th St., 29th Floor

New York, NY 10022

(212) 702-8800

Pro se

(Do not write below this line)

Disposition

7day extension of time granted to respond so that AAG's papers due 10/12/2017 Reply then due 10/17/2017

All papers shall be served on other side at SAME TIME

M-5134) one response
M-5136) " reply

_____ Justice     10/4/2017  Date

KM

Motion Date 10/17   Opposition 10/12   Reply 10/17

EXPEDITE _____ PHONE ATTORNEYS _____ DECISION BY _____

**ALL PAPERS TO BE DELIVERED PERSONALLY**

Court Attorney