# EXHIBIT 3

(3)

Friedman, J.P., Richter, Saxe, Moskowitz, Kapnick, JJ.

2896-
2897        In re Manuel P. A.,
                 Petitioner-Appellant,

            -against-

            Emilie B.,
                 Respondent-Respondent.
            _____

J. Douglas Barics, Commack, for appellant.

Chemtob Moss & Forman, LLP, New York (Susan M. Moss of counsel), for respondent.

Kenneth M. Tuccillo, Hastings on Hudson, attorney for the child.
            _____

Appeal from order, Family Court, New York County (Adetokunbo O. Fasanya, J.), entered on or about January 21, 2016, to the extent it awarded $33,701.50 of interim counsel fees to the respondent mother in the form of sanctions against the petitioner father, unanimously dismissed, without costs.

This appeal was improperly taken from a nondispositional Family Court order without leave of court (Family Ct Act § 1112; 22 NYCRR 600.3; CPLR 5512(a); *Matter of Lutfee M.*, 157 AD2d 604 [1st Dept 1990], *lv denied* 75 NY2d 710 [1990]). The father has presented no excuse for his failure to move for leave to appeal apart from being a pro se litigant at the time of the filing; nor has he presented any showing why any such motion should be

granted. Absent an explanation as to why he failed to follow the proper procedure or should be treated differently from any other litigant that falls within the general rule prohibiting an appeal from a nonfinal order in Family Court, the father's appeal is dismissed.

THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: JANUARY 26, 2017

CLERK

At a Term of the Appellate Division of the Supreme Court held in and for the First Judicial Department in the County of New York on February 2, 2017.

PRESENT: Hon. David Friedman,    Justice Presiding,
        Dianne T. Renwick
        Rosalyn H. Richter
        Karla Moskowitz
        Barbara R. Kapnick,    Justices.

------------------------------------X

Manuel P. A.,

    Petitioner-Appellant,

        -against-

**CONFIDENTIAL**
M-6300
Docket No. V-43839/13/13A

Emilie B.,

    Respondent-Respondent.
------------------------------------X

    Petitioner-appellant having moved for leave to appeal to this Court from orders of the Family Court, New York County, entered on or about May 19, 2014 and September 23, 2016, respectively, and to stay enforcement of the order entered on May 19, 2014, and for other relief,

    Now, upon reading and filing the papers with respect to the motion, and due deliberation having been had thereon,

    It is ordered that the motion is denied.

        ENTER:

                      _____
                              CLERK



ORDER issued by First Department on March 10, 2017

DISPOSITION

Application for a stay of the Order dated January 15, 2016 is denied as <u>moot</u>, the Order no longer being in effect. Interim application for leave to appeal aforesaid order is submitted to a full Panel – briefing schedule to correspond with briefing schedule on the 12/8/2016 Order. <u>All parties are expected to appear in Family Court on Monday, March 13, 2017 and Tuesday, March 14, 2017 for the hearing scheduled before the Hon. Adetokunbo O. Fasanya.</u>

                        Signed /illegible/      Date 3/10/2017

Motion Date 4/3/2017    Opposition 3/7      Reply 4/3

ALL PAPERS TO BE SERVED PERSONALLY

At a Term of the Appellate Division of the Supreme Court held in and for the First Judicial Department in the County of New York on June 6, 2017.

Present: Hon. Rolando T. Acosta, Presiding Justice,
           Angela M. Mazzarelli
           Sallie Manzanet-Daniels
           Troy K. Webber, Justices.

-----------------------------------------X
In the Matter of a Visitation Proceeding
Under Article 6 of the Family Court Act.

Manuel P. A.,
    Petitioner,

        -against-

Emilie B.,
    Respondent.
-----------------------------------------X

CONFIDENTIAL
M-1387
M-1324
M-1545
Docket Nos.
V-43839-13/13A

Petitioner father having moved for leave to appeal to this Court from an interim order of a Justice of the Family Court, New York County, entered on or about January 15, 2016, and "all interim orders derivative therefrom," suspending visitation with subject child (M-1387),

And, petitioner father having moved for leave to appeal a corrected order appointing an attorney for subject child, entered on or about December 8, 2016, and for a stay of enforcement of same (M-1324),

And, petitioner-father having also moved for leave to appeal from a putative "sua sponte order", rendered from the bench on or about March 13, 2017, reappointing the attorney for the child, and staying enforcement of same (M-1545),

(M-1387/M-1324/M-1545)           -2-            June 6, 2017

    Now, upon reading and filing the papers with respect to the motions, and due deliberation having been had thereon, it is

    Ordered that the motions are all denied in their entirety (M-1387/M-1324/M-1545).

ENTERED:

_____
CLERK

Tom, J.P., Friedman, Andrias, Gesmer, JJ.

5079  In re Manuel P. Asensio,         O.P. 124/17
[M-5298]   Petitioner,

      -against-

   Hon. Nancy M. Bannon,
    Respondent.

---

Manuel P. Asensio, petitioner pro se.

John W. McConnell, New York (Pedro Morales of counsel), for respondent.

---

  The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules,

  Now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon,

  It is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements.

  THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

    ENTERED: NOVEMBER 28, 2017

              _____
                  CLERK

Tom, J.P., Friedman, Andrias, Gesmer, JJ.

5080         In re Manuel P. Asensio,                              O.P. 125/17
[M-5381]         Petitioner,

                    -against-

         Hon. Nancy M. Bannon,
             Respondent.
_____

Manuel P. Asensio, petitioner pro se.

John W. McConnell, New York (Pedro Morales of counsel), for respondent.
_____

    The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules,

    Now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon,

    It is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements.

        THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

            ENTERED: NOVEMBER 28, 2017

                                      _____
                                              CLERK

131

At a Term of the Appellate Division of the Supreme Court held in and for the First Judicial Department in the County of New York on December 21, 2017.

PRESENT: Hon. Angela M. Mazzarelli,    Justice Presiding,
              Richard T. Andrias
              Judith J. Gische
              Cynthia S. Kern
              Anil C. Singh,             Justices.

---------------------------------------X
Manuel P. Asensio,
     Petitioner-Appellant,

              -against-                    M-5134
                                           M-5136
                                           Index No. 155833/17
Judge Adetokunbo Fasanya,
     Respondent-Respondent.
---------------------------------------X

Petitioner-appellant having moved, by separate motions, pursuant to CPLR 5704, for certain relief denied by a Justice of the Supreme Court, New York County, on or about September 20, 2017, and for a stay of all proceedings in connection with certain matters before the Family Court, New York County,

Now, upon reading and filing the papers with respect to the motions, and due deliberation having been had thereon,

It is ordered that the motions are denied.

ENTERED:

_____
DEPUTY CLERK

```
                At a Term of the Appellate Division of the Supreme
          Court held in and for the First Judicial Department in
          the County of New York on December 14, 2017.
```

Present - Hon. Dianne T. Renwick,          Justice Presiding,
               Sallie Manzanet-Daniels
               Angela M. Mazzarelli
               Marcy L. Kahn
               Peter H. Moulton,                    Justices.

---------------------------------------x
In a Matter of a Proceeding for
Custody/Visitation Under Article 6
of the Family Court Act.
    - - - - - - - - - - - - - - -                 **CONFIDENTIAL**
Manuel P. A.,                                         M-5039
     Petitioner,                          Docket No. V-43839-13/13A

          -against-

Emilie B.,
     Respondent.
---------------------------------------x

    Petitioner having moved for leave to appeal to this Court from an interim order of the Family Court, New York County, entered on or about June 30, 2017, and for a stay of all proceedings pending hearing and determination of a pro se Article 78 proceeding petitioner has filed against a certain Family Court Judge,

    Now, upon reading and filing the papers with respect to the motion, and due deliberation having been had thereon,

    It is ordered that the motion is denied in its entirety.

    ENTERED:

_____
CLERK

                At a Term of the Appellate Division of the Supreme
          Court held in and for the First Judicial Department in
          the County of New York on December 21, 2017.

PRESENT:   Hon.  Angela M. Mazzarelli,        Justice Presiding,
                Richard T. Andrias
                Judith J. Gische
                Cynthia S. Kern
                Anil C. Singh,                Justices.

---------------------------------------X
Manuel P. Asensio,
     Petitioner-Appellant,
                                                   M-5134
          -against-                                M-5136
                                              Index No. 155833/17
Judge Adetokunbo Fasanya,
     Respondent-Respondent.
---------------------------------------X

     Petitioner-appellant having moved, by separate motions, pursuant to CPLR 5704, for certain relief denied by a Justice of the Supreme Court, New York County, on or about September 20, 2017, and for a stay of all proceedings in connection with certain matters before the Family Court, New York County,

     Now, upon reading and filing the papers with respect to the motions, and due deliberation having been had thereon,

     It is ordered that the motions are denied.


                    ENTERED:


                                        _____
                                                  DEPUTY CLERK

Renwick, J.P., Manzanet-Daniels, Gische, Kahn, Singh, JJ.

5382        In re Manuel Asensio,                              Ind 130/17
[M-5856]       Petitioner,

                    -against-

          Hon. Lawrence J. Marks, etc.,
               Respondent.
          _____

Manuel P. Asensio, petitioner pro se.

John W. McConnell, New York (Lee A. Alderstein of counsel), for respondent.
          _____

The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules,

Now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon,

It is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements.

        THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

              ENTERED:  JANUARY 4, 2018

                                          _____
                                                CLERK