# EXHIBIT 4




*State of New York*
*Court of Appeals*

*John P. Asiello*
*Chief Clerk and*
*Legal Counsel to the Court*

*Clerk's Office*
*20 Eagle Street*
*Albany, New York 12207-1095*

January 22, 2018

Mr. Manuel P. Asensio
400 East 54 St Street
Apartment 29B
New York, NY 10022

Re: Matter of Asensio v Bannon

Dear Mr. Asensio:

Your proposed order to show cause was reviewed by Judge Leslie E. Stein and Judge Stein declined to sign the order.

Your motion for a stay, which was submitted to the Court on January 2, 2018, remains pending before the Court.

Very truly yours,

Heather Davis
Deputy Clerk

RMM:mg
cc: Hon. Leslie E. Stein
Pedro A. Morales Jr., Esq.




State of New York
Court of Appeals

John P. Asiello
Chief Clerk and
Legal Counsel to the Court

Clerk's Office
20 Eagle Street
Albany, New York 12207-1095

Decided February 15, 2018

Mo. No. 2018-150

In the Matter of Manuel P. Asensio,
Appellant,
v.
Nancy M. Bannon,
Respondent.
(AD No. O.P. 124/2017)

Motion for leave to appeal denied.
Chief Judge DiFiore took no part.

# State of New York
## Court of Appeals

*Decided and Entered on the fifteenth day of February, 2018*

**Present,** Hon. Jenny Rivera, *Senior Associate Judge,* ***presiding.***

---

Mo. No. 2018-61
In the Matter of Manuel P. Asensio,
Appellant,
v.
Nancy M. Bannon,
Respondent.
(AD No. O.P. 124/17)

--------------------------------

In the Matter of Manuel P. Asensio,
Appellant,
v.
Nancy M. Bannon,
Respondent.
(AD No. O.P. 125/17)

---

Appellant having appealed and moved for a stay in the above causes;

Upon the papers filed and due deliberation, it is

ORDERED, on the Court's own motion, that the appeals are dismissed, without costs, upon the ground that no substantial constitutional question is directly involved; and it is further

ORDERED, that the motion for a stay is dismissed as academic.

Chief Judge DiFiore took no part.

John P. Asiello
Clerk of the Court



State of New York
Court of Appeals

John P. Asiello
Chief Clerk and
Legal Counsel to the Court

Clerk's Office
20 Eagle Street
Albany, New York 12207-1095

Decided February 15, 2018

Mo. No. 2018-61

In the Matter of Manuel P. Asensio,
Appellant,
v.
Nancy M. Bannon,
Respondent.
(AD No. O.P. 124/17)

--------------------------------

In the Matter of Manuel P. Asensio,
Appellant,
v.
Nancy M. Bannon,
Respondent.
(AD No. O.P. 125/17)

On the Court's own motion, appeals dismissed, without costs, upon the ground that no substantial constitutional question is directly involved.
Motion for a stay dismissed as academic.
Chief Judge DiFiore took no part.

# State of New York
## Court of Appeals

*Decided and Entered on the*
*fifteenth day of February, 2018*

**Present,** Hon. Jenny Rivera, *Senior Associate Judge, presiding.*

---

Mo. No. 2018-136
In the Matter of Manuel P. Asensio,
Appellant,
v.
Nancy M. Bannon,
Respondent.
(AD No. O.P. 125/17)

---

Appellant having moved for leave to appeal to the Court of Appeals in the above cause;

Upon the papers filed and due deliberation, it is

ORDERED, that the motion is denied.

Chief Judge DiFiore took no part.

John P. Asiello
Clerk of the Court



State of New York
Court of Appeals

John P. Asiello
Chief Clerk and
Legal Counsel to the Court

Clerk's Office
20 Eagle Street
Albany, New York 12207-1095

Decided February 15, 2018

Mo. No. 2018-136

In the Matter of Manuel P. Asensio,
Appellant,
v.
Nancy M. Bannon,
Respondent.
(AD No. O.P. 125/17)

Motion for leave to appeal denied.
Chief Judge DiFiore took no part.

# *State of New York*

## *Court of Appeals*

***Decided and Entered on the fifteenth day of February, 2018***

**Present,** Hon. Jenny Rivera, *Senior Associate Judge*, ***presiding.***

---

Mo. No. 2018-150
In the Matter of Manuel P. Asensio,
Appellant,
v.
Nancy M. Bannon,
Respondent.
(AD No. O.P. 124/2017)

---

Appellant having moved for leave to appeal to the Court of Appeals in the above cause;

Upon the papers filed and due deliberation, it is

ORDERED, that the motion is denied.

Chief Judge DiFiore took no part.

John P. Asiello
Clerk of the Court

# *State of New York*
## *Court of Appeals*

***Decided and Entered on the***
***fifteenth day of February, 2018***

**Present,** Hon. Jenny Rivera, *Senior Associate Judge, **presiding.***

---

Mo. No. 2018-143
In the Matter of Manuel Asensio,
Appellant,
v.
Lawrence J. Marks, &c.,
Respondent.
(AD No. O.P. 130/2017)

---

Appellant having appealed and moved for leave to appeal to the Court of Appeals in the above cause;

Upon the papers filed and due deliberation, it is

ORDERED, on the Court's own motion, that the appeal is dismissed, without costs, upon the ground that no substantial constitutional question is directly involved; and it is further

ORDERED, that the motion for leave to appeal is denied. Chief Judge DiFiore took no part.

John P. Asiello
Clerk of the Court



State of New York
Court of Appeals

John P. Asiello
Chief Clerk and
Legal Counsel to the Court

Clerk's Office
20 Eagle Street
Albany, New York 12207-1095

Decided February 15, 2018

Mo. No. 2018-143

In the Matter of Manuel Asensio,
Appellant,
v.
Lawrence J. Marks, &c.,
Respondent.
(AD No. O.P. 130/2017)

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved.

Motion for leave to appeal denied.

Chief Judge DiFiore took no part.

# *State of New York*
## *Court of Appeals*

*Decided and Entered on the fifteenth day of February, 2018*

**Present**, Hon. Jenny Rivera, *Senior Associate Judge*, ***presiding.***

---

Mo. No. 2018-151
In the Matter of Manuel P. Asensio,
Appellant,
v.
Adetokunbo Fasanya,
Respondent.
(New York County Index No. 155833/17)

---

Appellant having appealed and moved for leave to appeal to the Court of Appeals in the above cause;

Upon the papers filed and due deliberation, it is

ORDERED, on the Court's own motion, that the appeal is dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution; and it is further

ORDERED, that the motion for leave to appeal is dismissed upon the ground that the order sought to be appealed from does

not finally determine the proceeding within the meaning of the Constitution.

Chief Judge DiFiore took no part.

John P. Asiello
Clerk of the Court



State of New York
Court of Appeals

John P. Asiello
Chief Clerk and
Legal Counsel to the Court

Clerk's Office
20 Eagle Street
Albany, New York 12207-1095

Decided February 15, 2018

Mo. No. 2018-151

In the Matter of Manuel P. Asensio,
Appellant,
v.
Adetokunbo Fasanya,
Respondent.
(New York County Index No. 155833/17)

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Chief Judge DiFiore took no part.

# *State of New York*
## *Court of Appeals*

*Decided and Entered on the*
*fifteenth day of February, 2018*

**Present**, Hon. Jenny Rivera, *Senior Associate Judge*, ***presiding.***

---

Mo. No. 2018-152
In the Matter of Manuel P.A.,
Appellant,
v.
Emilie B.,
Respondent.

---

Appellant having appealed and moved for leave to appeal to the Court of Appeals in the above cause;

Upon the papers filed and due deliberation, it is

ORDERED, on the Court's own motion, that the appeal is dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution; and it is further

ORDERED, that the motion for leave to appeal is dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Chief Judge DiFiore took no part.

John P. Asiello
Clerk of the Court



State of New York
Court of Appeals

John P. Asiello
Chief Clerk and
Legal Counsel to the Court

Clerk's Office
20 Eagle Street
Albany, New York 12207-1095

Decided February 15, 2018

Mo. No. 2018-152

In the Matter of Manuel P.A.,
Appellant,
v.
Emilie B.,
Respondent.

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Chief Judge DiFiore took no part.

# *State of New York*
## *Court of Appeals*

***Decided and Entered on the third day of May, 2018***

**Present**, Hon. Jenny Rivera, *Senior Associate Judge*, ***presiding.***

---

Mo. No. 2018-289
In the Matter of Manuel P.A.,
Appellant,
v.
Emilie B.,
Respondent.

---

Appellant having moved for reargument in the above cause;

Upon the papers filed and due deliberation, it is

ORDERED, that the motion is denied.

Chief Judge DiFiore took no part.

John P. Asiello
Clerk of the Court



State of New York
Court of Appeals

John P. Asiello
Chief Clerk and
Legal Counsel to the Court

Clerk's Office
20 Eagle Street
Albany, New York 12207-1095

Decided May 3, 2018

Mo. No. 2018-289

In the Matter of Manuel P.A.,
Appellant,
v.
Emilie B.,
Respondent.

Motion for reargument denied.
Chief Judge DiFiore took no part.