# MEMO ENDORSED

**Manuel P. Asensio**
641 Lexington Avenue, Suite 1533
New York, NY 10022
(212) 702-8801 Cell (917) 515-5200
mpa@asensio.com

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/10/19

May 9, 2019

The Hon. Ronnie Abrams
US District Court Judge, New York Southern District of New York
40 Center Street (40 Foley Square)
New York, New York 10007

### REQUEST FOR STAY OR EXTENSION TO FRIDAY, MAY 17, 2019

Dear Judge Abrams:

This case presents complicated first-impression issues without precedent in the federal courts. No attorney will assist the Plaintiff. The Plaintiff is litigating the matter pro se against the full power of the State of New York and its leading attorneys.

The Plaintiff requests a stay of <u>Asensio v. DiFiore</u>, or an extension to Friday, May 17, 2019, considering the following:

Today, the undersigned filed the attached complaint against the Hon. Katherine Parker Failla. The complaint asserts that Judge Failla acted dishonestly with corrupt motives to dismiss <u>Asensio et al v. Roberts et al</u>, 19 CV 03384 (KPF). The complaint asserts that Judge Failla acted to protect Your Honor from having to comply with Your Honor's statutorily mandated recusal obligation under 28 U.S.C. Section 455(b)(iii), Canon 3(C)(1)(d)(i) and (iii) of the Code of Conduct for United States Judges of the Judicial Conference and the Advisory Opinion 103 of the Committee on Codes of Conduct of the Judicial Conference. I pray Your Honor comprehends and agrees that justice mandates the complaints against Chief Judge Katzmann, Judge Failla and Your Honor be adjudicated before Your Honor can remain as the presiding judge in this matter.

The Plaintiff prays Your Honor grant a stay or in the alternative, plaintiff requests an extension of time to Friday, May 17, 2019 in which to oppose defendants' motion to dismiss.

The defendants will not be prejudiced. I request an extension to Friday, May 17, 2019.

Respectfully,

*/s/ Manuel P. Asensio*

Manuel P. Asensio

State and Individual Defendants Counsel

---

Application granted. No further extensions will be granted absent good cause shown.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
May 10, 2019