*[Handwritten note at top: "June 30, 2017 — FASANYA saying that incarceration is the only way to force payment of attorney fees."]*

*[Handwritten "1" in upper right corner]*

```
 1   FAMILY COURT OF THE STATE OF NEW YORK
     CITY OF NEW YORK - COUNTY OF NEW YORK
 2   ---------------------------------------x
     In the Matter of a Proceeding for
 3   the Custody and/or Visitation of
     Minors Under Article Six of the
 4   Family Court Act

 5       MANUEL ASENSIO,
         EMILIE BOSAK,
 6
                        Petitioners,          Docket NO.:
 7                                            V-43839-13/13A
         -against-
 8
         EMILIE BOSAK,
 9       MANUEL ASENSIO,
                        Respondents.
10   ---------------------------------------x
     Held:         June 30, 2017
11                 60 Lafayette Street
                   New York, New York 10013
12
     Before:       Hon. ADETOKUNBO O. FASANYA, Judge
13                 Family Court of the State of New York

14

15   Appearances:
                   CARMEN RESTIVO, Esq.
16                 Attorney for the child

17

18   Also Present:
         Hatun Aytug, Manuel Asensio's significant other
19

20

21                              Charlene Fountaliotis-Squires
                                       Official Court Reporter
22

23

24

25
```

```
 1    that were received were due to the dilatory -- dilatory
 2    tactics of Mr. Asensio, the respondent.  The multiple
 3    interim appeals filed by the respondent, which are his
 4    right, but which he cannot then deny the attorney for the
 5    child payment for her appearances and her performance, which
 6    are necessitated because she is appointed to represent the
 7    child and the child is a necessary party to those appeals.
 8    And also due to the multiple applications filed by
 9    respondent, both in this court and in the Appellate
10    Division, all of which require the time and input of the
11    attorney for the child.
12         It is clear to this court that a money judgment
13    would be ineffectual in ensuring payment of the fees owed,
14    because what it appears to this court is that Mr. Asensio
15    has arranged his finances in such a way as to make it
16    difficult to ascertain what his actual financial situation
17    is and difficult to enforce a money judgment.
18         In light of all of that, this court is finding the
19    respondent in contempt of this court's order appointing the
20    attorney for the child and directing the payment for the
21    attorney for the child.  This court is finding respondent in
22    contempt for his willful, knowing and contumacious refusal
23    to comply with the orders of this court regarding the
24    payment of the attorney for the child's fees, despite being
25    possessed of the means to do so.
```

1     This court has always indicated that it is not the
2     wish of this court to find Mr. Asensio in contempt.  This
3     court has always indicated that this court does not wish to
4     punish Mr. Asensio for anything at all, other than just to
5     ensure that the orders of this court are complied with and
6     that the proceedings and the process are respected.  That
7     continues to be the position of the court.  However, one
8     cannot permit the current set of circumstances to continue
9     without remedy.
10            This court has found Mr. Asensio in contempt.
11            We will go off the record for a brief period.
12            Thank you.
13            MANUEL PEDRO ASENSIO-GARCIA:  I'm sorry, I didn't
14    hear the last part, your Honor.
15            THE COURT:  We will go off the record for a brief
16    period.
17            Thank you.
18            (Off the record.)
19            (Back on the record.)
20            THE COURT: Back on the record.
21            Mr. Asensio, I just found you to be in contempt for
22    failing to comply with my orders.  This matter is going to
23    move to the penalty phase of the contempt proceedings, Mr.
24    Asensio.
25            MANUEL PEDRO ASENSIO-GARCIA: May I have an

1      opportunity to address the court after what it said?
2              THE COURT:  I'm going to give you an opportunity to
3      do that.
4              MANUEL PEDRO ASENSIO-GARCIA: Thank you, your Honor.
5              THE COURT:  Go ahead.
6              MANUEL PEDRO ASENSIO-GARCIA: Your Honor, I'm
7      embarrassed and deeply hurt by your assessment of my
8      credibility.  A human being in this country, a citizen is
9      entitled to arrange its finances as he sees fit under the
10     law, I have done that and I live according to my
11     disclosures, which are on file here, your Honor.  Nothing
12     you heard from the attorney for the child contradicts any
13     financial disclosures that I have made.  I'm sorry, that it
14     is difficult for you to assess it, but I live my life in
15     accordance to the financial disclosures that I made to this
16     court on its official statements.  I know the court doesn't
17     want to believe that and that's why I addressed the court's
18     mind in what the Judiciary Law says.  I can't help my
19     financial circumstances.  I can't take ownership of
20     anything that is not mine.  I can't -- I can't assess
21     anything that is not mine and sell it and take money and
22     give it to the attorney for the child.
23             And I have asked the court to allow me to withdraw
24     going back to April 20, 2015 and on November 2015 and
25     November 2016, the court said that I was free to withdraw,

```
 1      that no applications were pending against me, that I was
 2      permitted to withdraw the petition and that I had no
 3      applications pending against me.
 4              THE COURT: Mr. Asensio --
 5              MANUEL PEDRO ASENSIO-GARCIA: One more thing --
 6              THE COURT: Mr. Asensio --
 7              MANUEL PEDRO ASENSIO-GARCIA: -- you said you would
 8      not --
 9              THE COURT: Mr. Asensio --
10              MANUEL PEDRO ASENSIO-GARCIA: -- compel me -- I
11      don't want to be here, your Honor. I would like not to be
12      here. And you could -- I will accept anything you want to
13      do with my child. And I will -- I have offered the mother
14      the opportunity to present to me a stipulation that I will
15      agree to.
16              THE COURT: Please listen to me.
17              MANUEL PEDRO ASENSIO-GARCIA: Yes.
18              THE COURT: I want you to address yourself to what
19      I indicated just now is the penalty phase of the proceedings
20      as to why I should not impose a penalty at this point having
21      found you in contempt. Making statements about past prior
22      proceedings, making statements as to what may have been said
23      or done in the past, does not address that. What I need
24      you to do is to address now what you believe -- why you
25      believe I should not impose a penalty after having found you
```